**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

PETER KUHN,

        Plaintiff,

    v.

THREE BELL CAPITAL, et al.,

        Defendants.

Case No.  23-cv-02958-BLF

**ORDER TERMINATING MOTION TO DISMISS AS MOOT; AND VACATING HEARING**

[Re:  ECF No. 19]

The Motion to Dismiss filed by Defendants Three Bell Capital LLC and Jonathan Porter and set for hearing on October 26, 2023, is hereby TERMINATED AS MOOT in light of the filing of the first amended complaint.  *See* Fed. R. Civ. P. 15(a)(1)(B).  The hearing is VACATED.

    **IT IS SO ORDERED.**

Dated:  August 9, 2023

_____
BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California