# EXHIBIT 1

**From:** Ron Filice <ron@filice.com>
**Date:** November 22, 2019 at 5:50:18 AM PST
**To:** Peter Kuhn <peter@ibpis.com>
**Cc:** Jon Porter <jon@three-bell.com>, Ron Filice <ron@filice.com>
**Subject: FW: Three Bell Capital Introduction**

Hi Great Partner Peter Kuhn meet Jon Porter……. Peter, Jon is a expert in Bonds and wealth management. Of course I bragged about you Peter. I told Jon that the truth is that you invented our Dollar General wheel. I have already set him up with a call with Erik. That's in the making…..

Peter ….Jon would like to talk with you as well as he might want to invest with us and send us BIG money clients….. 2 great minds thinking…..

Jon, Peter also went to santa clara like you and your wife did. Peter Kuhn is one of the smartest guys I have ever met and I am damn proud to be his partner. He will like that you and your wife are attorneys and will think they way you met is cute and interesting…. Peter and his returns on his investments are as good as it gets!!! Peter gets his hair cut in LG and you run in LG maybe you 2 hook up for coffee or something….. ??   Visit me??  Lol

I will let you both take it from here…..

Ronnie