# EXHIBIT 3

10/16/23, 12:16 PM                                         Three Bell Capital Mail - Fwd: Wire Out 200k

**THREE BELL**
—CAPITAL—

Marley Dickson <marley@three-bell.com>

## Fwd: Wire Out 200k
10 messages

**Peter Kuhn** <peter@ibpis.com>                                                                                        Thu, Feb 27, 2020 at 9:42 AM
To: Marley Dickson <marley@three-bell.com>

See below can you cal Angela.

Peter Kuhn
Office 408-363-6004
Cell 408-221-3762
Sent from my iPhone

Begin forwarded message:

> **From:** "angela.j.spears@ubs.com" <angela.j.spears@ubs.com>
> **Date:** February 27, 2020 at 10:28:46 AM MST
> **To:** Peter Kuhn <peter@ibpis.com>, "matthew.corrado@ubs.com" <matthew.corrado@ubs.com>
> **Subject: RE: Wire Out 200k**
>
> Peter,
>
> Do you have a contact I can reach out to to confirm the wiring instructions?
> Thank you!
>
> **Angie Spears**
> Sr. Registered Client Service Associate
>
> CSA Coach
>
> **Encompass Wealth Management Group**
>
> UBS Financial Service, Inc.
>
> 1255 Treat Blvd, Suite 1000
>
> Walnut Creek, CA 94597
>
> Direct (925)746-6325
>
> Internal 3996325
>
> Toll-free (800) 433.7992 | Fax (855) 728.5636
>
> angela.j.spears@ubs.com | Encompass Team Website
>
> At UBS, we take your protection and security very seriously.  Please call me if we have not yet set up security questions for you in an attempt to mitigate fraud and add another layer of protection.
>
> **Disbursements Fraud Advisory** – Verbal Authorization is required for all disbursement requests. Please call to verify the information for your requested disbursement.
>
> ** Please do not include account or social security numbers in your email for security reasons.
>
> UBS E-Delivery | My Total Picture
>
> **From:** Peter Kuhn [mailto:peter@ibpis.com]
> **Sent:** Thursday, February 27, 2020 6:38 AM
> **To:** Corrado, Matthew; Spears, Angela J.
> **Subject:** [External] Wire Out 200k
>
> see attached.
>
> Reference Peter Kuhn
>
> Peter Kuhn

CEO & Principal, IBP Insurance Services

email peter@ibpis.com

175 Bernal Road Suite 100

San Jose, CA 95119

Tel 408-363-6004

Cell 408-221-3762





---

**Marley Dickson** <marley@three-bell.com>   Thu, Feb 27, 2020 at 9:55 AM
To: Peter Kuhn <peter@ibpis.com>

Hi Peter,

Sure thing, I will call her in just a bit.

Thanks!
[Quoted text hidden]

--
### Marley Dickson
Operations Associate at Three Bell Capital

A 4 Main Street, Suite 230, Los Altos, CA 94022
P (281) 682.6858
E marley@three-bell.com  W www.three-bell.com

  

---

**Marley Dickson** <marley@three-bell.com>   Thu, Feb 27, 2020 at 10:01 AM
To: Peter Kuhn <peter@ibpis.com>

Peter,

Is the wire coming from a UBS brokerage account? If so, I will need the wire instructions for that account as the instructions on your subscription document must match where the wire is coming from. As of now, I have the Bank of America instructions on the subscription document.

Thanks!
[Quoted text hidden]

---

**Peter Kuhn** <peter@ibpis.com>   Thu, Feb 27, 2020 at 10:37 AM
To: Marley Dickson <marley@three-bell.com>

Shit. Call me.

Peter Kuhn
Office 408-363-6004
Cell 408-221-3762
Sent from my iPhone

> On Feb 27, 2020, at 11:01 AM, Marley Dickson <marley@three-bell.com> wrote:
>
> [Quoted text hidden]

>> [Quoted text hidden]
>>> [Quoted text hidden]

>>> [Quoted text hidden]
>>>> [Quoted text hidden]

>>>>> [Quoted text hidden]
>>>>> <image001.jpg>

10/16/23, 12:16 PM       Three Bell Capital Mail - Fwd: Wire Out 200k

&lt;image002.png&gt;



[Quoted text hidden]

2 attachments

image002.png
11K

Insurance Services image001.jpg
4K

**Marley Dickson** &lt;marley@three-bell.com&gt;     Thu, Feb 27, 2020 at 12:23 PM
To: Bethany Ratliff &lt;bethany@three-bell.com&gt;

[Quoted text hidden]
[Quoted text hidden]

**Bethany Ratliff** &lt;bethany@three-bell.com&gt;
To: peter@ibpis.com, Jon Porter &lt;jon@three-bell.com&gt;
Cc: Marley Agatha &lt;marley@three-bell.com&gt;, Max Canfield &lt;max@three-bell.com&gt;

Hi Peter,

My name is Bethany and I am the Operations Manager at Three Bell. Marley has let me know that when speaking to UBS regarding your outgoing $200k wire to HedgeAct FTM that the funds account, not an individual account. As the subscription to FTM is titled as an indivdual account, the wire needs to be coming from an individual account as well. This is a strict requirement from unfortunately we are unable to get an expection. Is there an individual account from which you can wire the $200k?

If the only available $200k is from the trust account at UBS then we will need to make the subscription from said trust, titled exactly the same. As the wire deadline is fast approaching please a works best for you.

You may reach me at 707-688-2212 if you have any questions.

Thank you,
Bethany
[Quoted text hidden]

**Bethany Ratliff**
Operations Manager at Three Bell Capital

A 4 Main Street, Suite 230, Los Altos, CA 94022
P 650-843-9836  C 707-688-2212
E bethany@three-bell.com  W http://www.three-bell.com

**Peter Kuhn** &lt;peter@ibpis.com&gt;     Thu, Feb 27, 2020 at 12:46 PM
To: Bethany Ratliff &lt;bethany@three-bell.com&gt;
Cc: Jon Porter &lt;jon@three-bell.com&gt;, Marley Agatha &lt;marley@three-bell.com&gt;, Max Canfield &lt;max@three-bell.com&gt;

Make ownership in the trust.

What trust docs do you need.

Peter Kuhn
Office 408-363-6004
Cell 408-221-3762
Sent from my iPhone

On Feb 27, 2020, at 1:33 PM, Bethany Ratliff &lt;bethany@three-bell.com&gt; wrote:

[Quoted text hidden]
Bethany

[Quoted text hidden]
[Quoted text hidden]

[Quoted text hidden]
<image001.jpg>

<image002.png>

**Marley Dickson**
Operations Associate at Three Bell Capital

A 4 Main Street, Suite 230, Los Altos, CA 94022
P (281) 682.6858
E marley@three-bell.com  W www.three-bell.com

Top 100 Emerging Wealth Managers
Ranked By Growth & Assets

FT Top Financial Advisers 2019
FT 300 Ranking June 2019

[Quoted text hidden]

**2 attachments**

Insurance Services  image001.jpg
4K

my Linked in profile  image002.png
11K

**Bethany Ratliff** <bethany@three-bell.com>                                                                       Thu, Feb 27, 2020 at 1:16 PM
To: Peter Kuhn <peter@ibpis.com>
Cc: Jon Porter <jon@three-bell.com>, Marley Agatha <marley@three-bell.com>, Max Canfield <max@three-bell.com>

Thanks for the quick reply. Marley will correct the sub doc and follow up with additional needed items.

Best,
Bethany
[Quoted text hidden]

**Peter Kuhn** <peter@ibpis.com>                                                                                    Thu, Feb 27, 2020 at 1:18 PM
To: Bethany Ratliff <bethany@three-bell.com>
Cc: Jon Porter <jon@three-bell.com>, Marley Agatha <marley@three-bell.com>, Max Canfield <max@three-bell.com>

Thanks. Can we proceed with the wire?

Peter Kuhn
Office 408-363-6004
Cell 408-221-3762
Sent from my iPhone

On Feb 27, 2020, at 2:17 PM, Bethany Ratliff <bethany@three-bell.com> wrote:

[Quoted text hidden]

**Marley Dickson** <marley@three-bell.com>                                                                         Thu, Feb 27, 2020 at 1:25 PM
To: Peter Kuhn <peter@ibpis.com>
Cc: Bethany Ratliff <bethany@three-bell.com>, Jon Porter <jon@three-bell.com>, Max Canfield <max@three-bell.com>

Hi Peter,

Yes, please have UBS proceed with sending the wire, I can also call Angie back and let her know if you need me to. I'm following up with you separately for the info I need about the trust.

Thanks for your understanding!
[Quoted text hidden]