UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PETER KUHN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THREE BELL CAPITAL, et al.,<br><br>　　　　　Defendants. | Case No.  23-cv-02958-PCP (VKD)<br><br>**ORDER TERMINATING PLAINTIFF'S MOTION TO QUASH SUBPOENA AND FOR PROTECTIVE ORDER**<br><br>Re: Dkt. No. 52 |

On February 14, 2024, plaintiff filed a motion to quash a subpoena and for a protective order. Dkt. No. 52.  That motion, and all associated deadlines, will be terminated.  The parties are instead directed to comply with the discovery dispute resolution procedure outlined in Judge DeMarchi's Standing Order for Civil Cases,[1] which provides, among other things, that such disputes are to be brought before the Court via joint letter briefs.

**IT IS SO ORDERED.**

Dated: February 15, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　Virginia K. DeMarchi
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] https://cand.uscourts.gov/standing-order-for-civil-cases-october-2023-1/