# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| PETER KUHN,<br><br>    Plaintiff,<br><br>  v.<br><br>THREE BELL CAPTIAL, and others,<br><br>    Defendants. | Case No. 5:23-cv-02958 PCP<br><br>**NOTICE AND ORDER SETTING SETTLEMENT CONFERENCE**<br><br>Re: Dkt. No. 55 |

This case was referred to this Court by the Honorable P. Casey Pitts for a settlement conference. The conference will be held on **July 23, 2024, at 9:30 a.m.** in Courtroom 5, 4th Floor, San Jose Courthouse. If a party is unable to participate in the conference on this date, that party must meet and confer with opposing counsel to find another date on which all parties are available and then contact courtroom deputy Lili Harrell as soon as possible at Lili_Harrell@cand.uscourts.gov, or 408.535.5343. Please see this Court's Settlement Conference Standing order for more information.

IT IS SO ORDERED.

Date:  June 10, 2024

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 23-cv-02958 PCP (NC)
SETTLEMENT CONFERENCE
ORDER