William M. Fischbach, SBN 019769 (admitted *Pro Hac Vice*)
Elliot C. Stratton SBN 034025 (admitted *Pro Hac Vice*)

**TB TIFFANY & BOSCO** P.A.

SEVENTH FLOOR CAMELBACK ESPLANADE II
2525 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016-4237
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0103
EMAIL: wmf@tblaw.com; ecs@tblaw.com

Chad L. Butler (CBN 270888)

**TB TIFFANY & BOSCO** P.A.

1455 FRAZEE ROAD, SUITE 820
SAN DIEGO, CA 92108
TELEPHONE: (619) 794-0515
FACSIMILE: (619) 487-9079
EMAIL: clb@tblaw.com
*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Peter Kuhn, personally and in his capacity as trustee of the Kuhn Trust,<br><br>Plaintiff,<br><br>vs.<br><br>Three Bell Capital, LLC, a California Limited Liability Company; Jonathan Porter, a Married Man;<br><br>Defendants. | Case No.: 5:23-cv-02958-PCP<br><br>**PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO APPEAR TELEPHONICALLY OR VIA ZOOM** |

Pursuant to Civil L.R. 7-11, Plaintiff Peter Kuhn moves for permission for his counsel to appear telephonically or via Zoom at the scheduled Discovery Dispute hearing on June 18, 2024 at 10:00 a.m.

Plaintiff's counsel, Mr. Fischbach and Mr. Stratton, are located in Phoenix, Arizona. Mr. Fischbach, who is lead counsel and the attorney handling the Discovery Dispute hearing, is unable to travel to San Jose, California on June 18, 2024 due to a previously scheduled non-profit board meeting, which Mr. Fischbach is the Chairman of the Board. Additionally, Mr. Stratton is unable

1  to handle the hearing because he will be out of the country on a pre-planned vacation, and Mr.
2  Butler will be out of town on that day.
3      Based on these conflicts, Mr. Fischbach respectfully requests that the Court permit him to
4  appear either telephonically or via Zoom for the June 18, 2024, Discovery Dispute hearing. This
5  Motion is supported by the attached Affidavit of Mr. Fischbach, as required by Civil L.R. 7-5.
6      Plaintiff's counsel has conferred with Defendants' counsel about this request, and
7  Defendants' counsel has represented that they do not oppose the motion.
8      RESPECTFULLY SUBMITTED this 11th day of June, 2024.

TIFFANY & BOSCO P.A.

By: */s/ William M. Fischbach*
William M. Fischbach
Elliot C. Stratton
Seventh Floor Camelback Esplanade II
2525 East Camelback Road
Phoenix, Arizona 85016

Chad L. Butler
1455 Frazee Road, Suite 820
San Diego, California 92108
***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Mark V. Boennighausen
Dinah X. Ortiz
**HOPKINS & CARLEY**
P.O. Box 1469
San Jose, CA 95109-1469
E:  mboennighausen@hopkinscarley.com
E:  dortiz@hopkinscarley.com
*Attorneys for Defendants*

*/s/ William M. Fischbach*