William M. Fischbach, SBN 019769 (admitted *Pro Hac Vice*)
Elliot C. Stratton SBN 034025 (admitted *Pro Hac Vice*)

**TB TIFFANY & BOSCO**
P.A.

SEVENTH FLOOR CAMELBACK ESPLANADE II
2525 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016-4237
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0103
EMAIL: wmf@tblaw.com; ecs@tblaw.com

Chad L. Butler (CBN 270888)

**TB TIFFANY & BOSCO**
P.A.

1455 FRAZEE ROAD, SUITE 820
SAN DIEGO, CA 92108
TELEPHONE: (619) 794-0515
FACSIMILE: (619) 487-9079
EMAIL: clb@tblaw.com
*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Peter Kuhn, personally and in his capacity as trustee of the Kuhn Trust,<br><br>     Plaintiff,<br><br>vs.<br><br>Three Bell Capital, LLC, a California Limited Liability Company; Jonathan Porter, a Married Man;<br><br>     Defendants. | Case No.: 5:23-cv-02958-PCP<br><br>**DECLARATION OF WILLIAM M. FISCHBACH IN SUPPORT OF MOTION TO APPEAR TELEPHONICALLY** |

I, William M. Fischbach, declare as follows:

1. I make this declaration based on my own personal knowledge and in support of Plaintiff's Motion to Appear Telephonically or Via Zoom.

2. I currently reside in Phoenix, Arizona.

3. I serve as lead counsel for Plaintiffs and will be the attorney handling the Discovery Dispute hearing set for June 18, 2024 at 10:00 AM.

1

4. I am unable to attend the hearing in person due to a previously scheduled non-profit board meeting, which I am Chairman of the Board.

5. Mr. Stratton will be unable to attend the hearing because he will be out of the country due to a previously planned vacation, and Mr. Butler will likewise be out of town that day.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 11, 2024.

/s/ William M. Fischbach
William M. Fischbach

2