IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Peter Kuhn, personally and in his capacity as trustee of the Kuhn Trust,<br><br>Plaintiff,<br><br>vs.<br><br>Three Bell Capital, LLC, a California Limited Liability Company; Jonathan Porter, a Married Man;<br><br>Defendants. | Case No.: 5:23-cv-02958-PCP<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO APPEAR TELEPHONICALLY OR VIA ZOOM** |

This Court has received ***Plaintiff's Motion for Administrative Relief to Appear Telephonically or Via Zoom*** and finds good cause to grant the Motion.

IT IS ORDERED granting the Motion.

DATED this _____ day of _____, 2024.

_____
The Honorable Nathanael M. Cousins
United States Magistrate Judge

1