UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PETER KUHN,<br><br>        Plaintiff,<br><br>    v.<br><br>THREE BELL CAPITAL, et al.,<br><br>        Defendants. | Case No. 23-cv-02958-PCP (VKD)<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED ADMINISTRATIVE MOTION FOR TELEPHONE APPEARANCE**<br><br>Re: Dkt. No. 59 |

Good cause appearing, the Court grants plaintiff's unopposed motion for his counsel, Mr. Fischbach, to appear by telephone for the June 18, 2024 discovery hearing. By **June 14, 2024**, Mr. Fischbach shall provide the courtroom deputy (vkdcrd@cand.uscourts.gov) with a phone number where he may be reached for the June 18 hearing.

**IT IS SO ORDERED.**

Dated: June 13, 2024

Virginia K. DeMarchi
United States Magistrate Judge