United States District Court
Northern District of California

1

2

3

4                    UNITED STATES DISTRICT COURT

5                   NORTHERN DISTRICT OF CALIFORNIA

6                          SAN JOSE DIVISION

7

8    PETER KUHN,                              Case No.  23-cv-02958-PCP (VKD)

            Plaintiff,
9
                                             **ORDER RE JUNE 4, 2024 DISCOVERY**
10         v.                                **DISPUTE**

11   THREE BELL CAPITAL, et al.,             Re: Dkt. No. 56

            Defendants.
12

13

14         The Court held oral argument on the parties' June 4, 2024 discovery dispute, which was

15   directed to several unrelated disagreements regarding plaintiff Peter Kuhn's discovery requests to

16   defendants Three Bell Capital and Jonathan Porter.  Dkt. Nos. 56, 61.  For the reasons explained

17   during the hearing, the Court as follows:

18         1.   Defendants need not answer plaintiff's Interrogatory No. 1.  By **July 9, 2024**,

19   defendants shall serve written responses to plaintiff's Interrogatories Nos. 2-8 that do not rely on

20   an objection that plaintiff's interrogatories exceed Rule 33(a)'s 25-interrogatory limit.  This order

21   does not address any other objections that defendants may have to Interrogatories Nos. 2-8.

22         2.   The Court denies without prejudice plaintiff's request for relief with respect to the

23   disputed document requests.  The parties' presentation of this dispute does not comply with the

24   discovery dispute resolution procedures in the Court's Standing Order for Civil Cases.[1]  The

25   parties are directed to confer further, and if a dispute remains, they may submit a joint discovery

26   ///

27

28
     _____

     [1] https://cand.uscourts.gov/standing-order-for-civil-cases-april-2024/

1    dispute letter that complies with that Standing Order.

2          **IT IS SO ORDERED.**

3    Dated: June 18, 2024

4

5                                                    Virginia K. DeMarchi
                                                    United States Magistrate Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2