Mark V. Boennighausen, Bar No. 142147
mboennighausen@hopkinscarley.com
Dinah X. Ortiz, Bar No. 273556
dortiz@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
70 South First Street
San Jose, CA  95113

Attorneys for Defendants
THREE BELL CAPITAL LLC, AND JONATHAN PORTER

William M. Fischbach
Elliot C. Stratton
SEVENTH FLOOR CAMELBACK ESPLANADE II
2525 East Camelback Road
Phoenix, Arizona 85016-4237
Telephone: (602) 255-6000
Facsimile: (602) 255-0103
Email: wmf@tblaw.com; ecs@tblaw.com

Attorneys for Plaintiff
PETER KUHN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| PETER KUHN,<br><br>    Plaintiff,<br><br>v.<br><br>THREE BELL CAPITAL LLC, a California limited liability company, JONATHAN PORTER, a Married Man, DOES 1 through V, inclusive; ABC Corporation I through V., inclusive, and XYZ Partnerships I through V, inclusive,<br><br>    Defendant. | Case No. 5:23-cv-02958<br><br>**JOINT STIPULATION OF DISMISSAL**<br><br>Judge: Hon. P. Casey Pitts. |

Plaintiff Peter Kuhn and Defendants Three Bell Capital LLC, and Jonathan Porter hereby stipulate under Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure that this action be dismissed as to all claims, causes of action and parties pursuant to the terms and conditions of a

4855-4679-4454.2

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE • REDWOOD CITY

JOINT STIPULATION OF DISMISSAL
5:23-CV-02958

written settlement agreement reached in a settlement conference conducted by Magistrate Judge Nathanael Cousins on July 29, 2024.

Because the settlement agreement contains ongoing obligations, the parties respectfully request that the Court retain jurisdiction to adjudicate any dispute over performance of the terms of the settlement in the unlikely event such adjudication is necessary.

Therefore, it is hereby agreed upon that:

1. The parties request that the Court shall retain jurisdiction through July 29, 2034 in the unlikely event that there is a need for Court enforcement of the terms of the settlement agreement.

2. Except as provided for in paragraph 1, this case is dismissed with prejudice. Each party shall bear its own attorney's fees and costs.

Dated: September 9, 2024

HOPKINS & CARLEY
A Law Corporation

By: */s/ Dinah X. Ortiz*
Mark V. Boennighausen
Dinah X. Ortiz
Attorneys for Defendant
THREE BELL CAPITAL LLC, AND
JONATHAN PORTER

Dated: September 9, 2024

TIFFANY & BOSCO P.A.

By: */s/ Eliot C. Stratton*
William M. Fischbach
Elliot C. Stratton
Attorneys for Plaintiff
PETER KUHN

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE • REDWOOD CITY

4855-4679-4454.2

- 2 -

JOINT STIPULATION OF DISMISSAL
5:23-CV-02958

**ATTESTATION OF E-FILED SIGNATURE**

Pursuant to Local Rule 5-1(h)(3), I hereby certify that I have obtained the concurrence in the filing of this document from all signatories for whom a signature is indicated by a "conformed" signature (/s/) within this electronically filed document and I have on file records to support this concurrence for subsequent production to the Court if so ordered or for inspection upon request.

Dated:  September 9, 2024

HOPKINS & CARLEY
A Law Corporation


By: */s/ Dinah X. Ortiz*
　　Mark V. Boennighausen
　　Dinah X. Ortiz
　　Attorneys for Defendant
　　THREE BELL CAPITAL LLC, AND
　　JONATHAN PORTER

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ REDWOOD CITY

4855-4679-4454.2

- 3 -

JOINT STIPULATION OF DISMISSAL
5:23-CV-02958

Mark V. Boennighausen, Bar No. 142147
mboennighausen@hopkinscarley.com
Dinah X. Ortiz, Bar No. 273556
dortiz@hopkinscarley.com
HOPKINS & CARLEY
A Law Corporation
70 South First Street
San Jose, CA  95113

Attorneys for Defendants
THREE BELL CAPITAL LLC, AND JONATHAN PORTER

William M. Fischbach
Elliot C. Stratton
SEVENTH FLOOR CAMELBACK ESPLANADE II
2525 East Camelback Road
Phoenix, Arizona 85016-4237
Telephone: (602) 255-6000
Facsimile: (602) 255-0103
Email: wmf@tblaw.com; ecs@tblaw.com

Attorneys for Plaintiff
PETER KUHN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| PETER KUHN,<br><br>               Plaintiff,<br><br>    v.<br><br>THREE BELL CAPITAL LLC, a California limited liability company, JONATHAN PORTER, a Married Man, DOES 1 through V, inclusive; ABC Corporation I through V., inclusive, and XYZ Partnerships I through V, inclusive,<br><br>               Defendant. | Case No. 5:23-cv-02958<br><br>**[PROPOSED] ORDER**<br><br>Judge: Hon. P. Casey Pitts.<br><br>[Filed Concurrently with Stipulation of Dismissal] |

      Pursuant to the Stipulation of the parties under Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure:

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE • REDWOOD CITY

4855-4679-4454.2

- 4 -

JOINT STIPULATION OF DISMISSAL
5:23-CV-02958

The Court shall retain jurisdiction through July 29, 2034 for the sole purpose of enforcing the terms of the settlement agreement.

Except as so provided, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**

Dated: _____

HON. P. CASEY PITTS
United States District Court Judge

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE • REDWOOD CITY

4855-4679-4454.2

- 5 -

JOINT STIPULATION OF DISMISSAL
5:23-CV-02958